IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:09-cr-00008-MP-AK

CLINTON JOSEPH PONCE, III,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 23, Defendant's Motion to Reschedule Sentencing Hearing. Defendant's sentencing hearing is currently scheduled for July 7, 2009. In the motion, Defendant's attorney states that he has scheduled his annual leave to begin on July 1 and conclude on July 8, 2009. Defendant therefore requests that the hearing be rescheduled to a date before or after his attorney's annual leave period. The government is unopposed to the motion. Upon consideration, the Court finds that it should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion to Reschedule Sentencing Hearing (Doc. 23) is GRANTED, and Defendant's sentencing hearing is reset to Thursday, July 9, 2009, at 10:00 a.m.

**DONE AND ORDERED** this *30th* day of June, 2009

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge